# Order

Michigan Supreme Court
Lansing, Michigan

April 29, 2013

146292

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

GLYNN MILLS,
          Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146292
COA: 303870
Wayne CC: 10-009305-FC

On order of the Court, the application for leave to appeal the October 25, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

h0422

_____
Clerk